# United States District Court
### for the
### Western District of New York

| | |
|---|---|
| **United States of America** | |
| v. | Case No. 25-mj-1382 |
| **JULIUS HATTEN** | |
| *Defendant* | |

### CRIMINAL COMPLAINT

I, John F. Britzzalaro, the complainant in this case, states that the following is true to the best of my knowledge and belief.

**Count 1** - On or about September 25, 2025, in the Western District of New York, the defendant, JULIUS HATTEN, did knowingly and intentionally possess with intent to distribute 500 grams or more of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

**Count 2** - On or about September 25, 2025, in the Western District of New York, the defendant, JULIUS HATTEN, did knowingly and intentionally possess with intent to distribute 50 grams or more of a mixture and substance containing methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

**Count 3** - On or about September 25, 2025 in the Western District of New York, the defendant, JULIUS HATTEN, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, ammunition, that is, 30 rounds of .556 ammunition, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

This Criminal Complaint is based on these facts:

☒ Continued on the attached sheet.

JOHN F. BRITZZALARO
TASK FORCE OFFICER
FEDERAL BUREAU OF INVESTIGATION

*Printed name and title*

Sworn to and subscribed telephonically.

|  |  |
|---|---|
|  | *[signature]* |
| Date: September 25, 2025 |  |
|  | *Judge's Signature* |
|  |  |
| City and State: Buffalo, New York | HONORABLE JEREMIAH J. MCCARTHY<br>UNITED STATES MAGISTRATE JUDGE |

## AFFIDAVIT

STATE OF NEW YORK )
COUNTY OF ERIE     )   SS:
CITY OF BUFFALO    )

### I.  INTRODUCTION

I, **John F. Britzzalaro**, having been duly sworn, states as follows:

1. I am a Detective of the Buffalo Police Detective ("BPD") assigned as a Task Force Officer of the Federal Bureau of Investigation ("FBI") of the United States Department of Justice. As such, I am an "investigative or law enforcement officer of the United States" within the meaning of 18 U.S.C. § 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in 18 U.S.C. § 2516.

2. I have served as an Officer with BPD since January 2018.[1] During that time, I have participated in investigations involving drug trafficking, gun possession, and organized crime matters. In addition, I have had the opportunity to work with several other FBI agents and other law enforcement agents and officers of varying experience levels, who have also investigated firearms possession and drug trafficking networks, with regard to the manner in which controlled substances are obtained, diluted, packaged, distributed, sold and used within

---

1 I was also previously employed from 2016 to 2018 as a police officer with Niagara Frontier Transportation Authority (NFTA) in Buffalo, NY.

1

the framework of drug trafficking in the Western District of New York. As a result of my experience, I am familiar with how controlled substances are obtained, diluted, packaged, distributed, sold, and used in the framework of drug trafficking in the Western District of New York and how drug traffickers utilize wire communications to facilitate their illegal activities. My investigative experience detailed herein, and the experiences of other law enforcement agents, who are participating in this investigation, serve as the basis for the opinions and conclusions set forth herein.

3. Your Affiant states that this investigation was conducted by Special Agents of the FBI and other law enforcement personnel assigned to the FBI Buffalo Division – Safe Streets Task Force (FBI-SSTF).[2] Your Affiant is fully familiar with the facts and circumstances of this investigation, such familiarity having been gained through: your Affiant's personal knowledge based upon your Affiant's participation in this investigation; statements by and/or reports provided to your Affiant by law enforcement personnel of the FBI-SSTF, BPD, information provided by confidential sources; consensual recordings, controlled evidence purchases of illegal drugs, controlled evidence purchases of firearms, physical surveillances, records checks of various public and law enforcement databases, and other investigative techniques.

4. This affidavit is made in support of a criminal complaint charging **JULIUS HATTEN (HATTEN)** with a violation of Title 21, United States Code, Sections 841(a)(1)

---

[2] The SSTF is comprised of Agents and Investigators from the Immigration and Customs Enforcement, Erie County Sheriff's Office, Lackawanna Police Department, Niagara Frontier Transportation Authority Police Department, and the Buffalo Police Department.

2

and 841(b)(1)(B) (possession with intent to distribute cocaine); Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B) (possession with intent to distribute methamphetamine); and Title 18, United States Code, Sections 922(g)(1) and 924(a)(8) (Felon in Possession of ammunition).

5.  The information contained in this affidavit is based upon reports and information received from other law enforcement officers and agencies.  This affidavit is provided for the limited purposes of establishing probable cause to support the attached application for a Criminal Complaint and therefore does not contain each and every detail of the investigation.

## II.     PROBABLE CAUSE

6.  On September 23, 2025, the Honorable Tiffany Perry, City of Buffalo Court Judge signed warrants authorizing the search of (1) 76 Eckhert Street, Buffalo, NY 14207; (2) Julius M. Hatten, described as a black male, 5'11" 185 pounds with black hair and brown eyes; and (3) a GMC Terrain, White in Color, with NY Registration LFD9210, registered to the target, Julius Hatten, date of birth 05/03/1990.

7.  On September 25, 2025, FBI Safe Streets Task Force, Buffalo PD Intel Unit, and Erie County Sheriffs executed the search warrant at 76 Eckhert Street, Buffalo, NY. The Buffalo Police SWAT Team made entry into the premise and encountered **HATTEN** inside. **HATTEN** was taken into custody.

8.  During the search of 76 Eckhert Street, Buffalo, NY, the following items were seized:

      a. 2,251 grams of suspected cocaine;
      b. 321 grams of suspected methamphetamine;
      c. 100 grams of suspected pressed/engraved fentanyl pills;
      d. 2 metal kilogram presses;
      e. 30 rounds of .556 ammunition;
      f. 2 Apple iPhones;
      g. Drivers License ID for **JULIUS HATTEN**; and
      h. $21,740 cash.

9. During the search of 76 Eckhert, law enforcement also observed empty plastic sandwich baggies, black rubber bands, and a vacuum sealer. Based on my training and experience, I am aware that drug traffickers utilize the aforementioned items to package controlled substances for sale. **JULIUS HATTEN's** driver's license was recovered within close proximity to the methamphetamine and other suspected controlled substances located in a bedroom.

10. During the search of the vehicle 37.4 grams of crack/cocaine, 11.3 grams of suspected fentanyl pills, and 17.3 grams of suspected methamphetamine were recovered.

11. The suspected methamphetamine was field tested and indicated positive for methamphetamine by Special Agent J. Nowak of ATF. The suspected cocaine was field tested and indicated positive for cocaine by Det. Thomas Sheehan of the Buffalo Police Dept.

12. ATF SA Fudella conducted an interstate nexus examination of the 30 rounds of .556 ammunition found at 76 Eckert and determined the ammunition was not manufactured in the State of New York.

13. On August 9, 2011, **HATTEN** was convicted of Criminal Possession of a Weapon and Criminal Possession of a Controlled Substance, in Erie County, New York, both of which were felony convictions. **HATTEN** was also convicted of Felon in Possession of a Firearm on August 5, 2018, in the Western District of New York.

## CONCLUSION

15. **WHEREFORE**, based upon the foregoing, I respectfully submit that there is probable cause to believe that **JULIUS HATTEN** violated Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B) (possession with intent to distribute cocaine), Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B) (possession with intent to distribute methamphetamine), and Title 18, United States Code, Sections 922(g)(1) and 924(a)(8) (felon in possession of ammunition) and request that the Court issue a Criminal Complaint.

_____
John F. Britzzalaro
Task Force Officer
Federal Bureau of Investigation

Sworn to and subscribed

telephonically this 25th

day of September 2025.

_____
HONORABLE JEREMIAH J. MCCARTHY
United States Magistrate Judge